## AFFIDAVIT

I, Bryan J. Allen, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Canton Police Officer for approximately twenty four years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force.  While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children.  I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2. As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am investigating the online activities of Morris McGee Sr. (hereafter "McGee"). As will be shown below, there is probable cause to believe that McGee has engaged in activity constituting a violation of Title 18 U.S.C. Section 2423(b) in that he knowingly traveled in interstate commerce and the purpose of traveling was to engage in a sexual act with an individual under the age of 16 and the sexual act intended would be a violation of federal law if it had occurred in the special maritime or territorial jurisdiction of the United States.  I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Morris McGee Sr of Malvern, Arkansas.

4. On January 8, 2020, Detective G. Bremenour of the Wooster, Ohio Police Department initiated an investigation involving McGee and his use of the internet. The conversations between Detective Bremenour and Morris McGee took place between January 8, 2020 and January 16, 2020.

5. On January 8, 2020, Detective Bremenour posted a profile on the mobile application known as Whisper. The profile was set to female between the ages of 18 to 20 and contained a cartoon image of a Disney character Ariel and child. The wording contained in the image stated "I wish".

6. On January 8, 2020, McGee responded to the profile by stating "Hi" and "What do you wish". Detective Bremenour responded "Parents thats don't suck lol".

7. The following partial conversation then took place between Detective Bremenour (portraying a minor female with the initials "BY") and McGee between January 8, 2020 and January 16, 2020:

> MM: Ohh
>
> MM: How young are you
>
> BY: 14 why
>
> MM: Kool
>
> BY: How old r u?
>
> MM: 46
>
> BY: Nice
>
> MM: (smiley face emoji)
>
> MM: Thanks
>
> MM: Any chance of get to see what you look like
>
> BY: Lol I'm ugly hehe
>
> MM: (sad face emoji and emoji with rolled up eyes) I doubt it
>
> MM: But okay whatever
>
> BY: Lol
>
> BY: (clean image sent of juvenile female)
>
> BY: What do u look like
>
> MM: (emoji of male shrugging shoulders)
>
> MM: (four emojis with hearts for eyes)
>
> MM: Your beautiful young lady

     BY: Serious?

     MM: Yes

8. General conversation continued during several texts then the following took place:

     MM: You at school or playing hooky

     BY: I skipped shhhhh don't want my mom to no lol

     MM: Lol Kool

     MM: (two emoji faces) I'd let you play hooky with me but I'm sure you aren't interested

     BY: That sounds like fun I hate it here lol

     MM: You might not like it with me

     BY: Why not u sound sound nice

     MM: I'm told I'm a really good guy

     BY: I think so tooo

     MM: I'm also a little kinky. Most don't know that

     BY: Lol is that fun

     MM: (emoji face) ohh

     BY: Lol so is it

     MM: Really ??

     MM: Well any chance of getting a look at the rest of you

     BY: Lol what do you want to see

     MM: Everything (smirking face emoji and winking face emoji)

     BY: How do I know u r real? Lol

     MM: I'm real.

     BY: I don't want my mom to find out

     MM: I don't want her to find our either!!!

     MM: I don't like the idea of going to jail

     BY: She won't though she's never here... I think she with her bf

BY: I don't want u to go to jail either why would you

MM: I didn't think you would want me to go

MM: Mom find out and I would

BY: No sh'es dumb n never will I hate her

MM: Ohh okay

MM: So can I see??

BY: I'm a little nervous lol

MM: You never done this before??

BY: No I'm sorry

MM: Ohh

BY: Have u?

BY: Lol

MM: Have you ever been with a guy???

BY: Like a bf

MM: Sexually

BY: No but I saw my mom n her bf once

MM: Yes I have done this before with a young lady like you

BY: Did it hurt her lol

MM: She had been with a boy before

BY: Oh ok nice

BY: What do u like

MM: (sent image of nude adult male in a restroom)

MM: What do you mean??

MM: you still there

MM: (emoji of male shrugging shoulders)

BY: Lol yes I had to go to the bathroom lol

MM: Ohh

MM: You get me some pictures of you while you was there

BY: You look nice

BY: (emoji face with hearts for eyes)

MM: Can Daddy look at you

MM: Thank you so much .

    Princess (emoji blowing a heart kiss)

BY: I've never taken naked pictures of me before lol

MM: Don't think about being naked

BY: What kind then

MM: Naked ones babygirl..just don't think about that your naked

BY: But what if u don't like me

MM: I'm sure I will love you

MM: Your face is so beautiful so I'm sure the rest of you is also

MM: Please don't be scared

MM: (two sad face emojis)

BY: I live in Wooster is that far from u?

MM: I don't know??

MM: I'm visiting the area

BY: Lol where u visiting?

MM: It's on my way back out

BY: (crying face emoji)

MM: Dundee

BY: Why r u leaving

MM: I'm going to Tennessee next

BY: So I won't ever see u

MM: I wouldn't say that..

BY: For work?

MM: May we can figure something out . Permitly

BY: ?

MM: Daddy want to see pictures of his babygirl...

MM: Maybe we can work it out you being with Daddy most of the time

BY: Do u want to be my daddy? Lol

BY: I would like that daddy

BY: U want me to come live in Dundee wit u

MM: Babygirl I love the idea of having a daughter (hearts floating)

MM: I live in Arkansas princess

BY: Me too (smiley face emoji). Why r u in Dundee the

MM: For work

BY: What do you do daddy

MM: Please babygirl let Daddy see you! (sad face emoji)

MM: Truck driver

MM: (sent image of an erect penis)

BY: Will that hurt lol

BY: (smiley face with heart eyes emoji)

MM: Probably

MM: I'll do my best to make it not be to bad for you

BY: Thank you daddy

MM: You on birth control??

BY: I haven't started my period yet lol

MM: Really

BY: Yea

BY: Doctor said I need to eat more lol

MM: Ohh

BY: Sorry daddy

MM: It's okay

MM: Sex can make it happen

BY: Nice

    MM:  You want me to cum inside of you?

    BY:  Idc whatever makes u happy daddy

    MM:  Seeing pictures of you would make me happy right now

9.  McGee then instructed Detective Bremenour (BY) to switch to the Kik Application and provided the username of mo6973.  Detective Bremenour (BY) utilized a Kik username ("BY" will be used below for consistency and to protect the online username of the undercover). The following partial conversation took place on the Kik Application:

    BY:  When u have sex do I wear something over it (blushing face emoji)

    BY:  U

    MM:  No

    MM:  I'm clean I don't and have never had an std

    BY:  Ok good. When r we gonna hang

    MM:  (sent a video of a male subject undoing his pants and exposing his penis

    MM:  Your turn princess. Daddy want so see his babygirl (two smiley face emojis with heart eyes and a heart emoji)

    BY:  R u in your truck lol

    MM:  Yes

    MM:  I went back to the bed

    MM:  (sent video showing the bed in a truck)

    BY:  Is the bed big enough for teo

    MM:  Barely just big enough for two

    BY:  Lol ok

    MM:  Please

    MM:  Let me see you (two sad face emojis)

    BY:  I'm nervous lol I told u that

MM: If you can't be brave enough to send daddy pictures//how do I know you will actually meet me

10. General conversation continues on the Kik Application at which time Mcgee asks "Where are you located So I can come see you". A portion of the conversation from that point is listed below:

BY: Lol sorry my mom came home/ She just left again I toldher I might spend the night at a friend's hehhehe

MM: Ohh

BY: She's. Butch lol

MM: Would you like to leave?

BY: Yes she's is so mean

MM: you would have to stay

BY: Stay where

MM: Hidden with me

MM: No one can know

BY: No one will k wont tell anyone

BY: My mom already knows I wont be home tonight

MM: Okay

MM: Your phone would have to go

BY: Like in the trash lol

MM: Yes

BY: lol ok but if I need a phone can I use yours

MM: Yes

BY: Ok where. R u picking me ip

BY: Up

MM: Where are you at?

BY: Wooster

    MM: Okay where

    BY: Hmmm I can walk to the fairgrounds

    MM: Okay you have clothes packed

    BY: Not yet how much should I pack

11. The conversation continues on the Kik Application and references McGee coming to pick up BY. McGee states that she would have to stay with him for a while because he will not be back in the area for a while but if she wanted to come back he would have to arrange it for her. McGee continues to ask for naked pictures for her to prove she is real. McGee is concerned that he will go to jail if shows up to meet her.

12. The conversation continues at which time McGee states "I really do want this !!!! I've never been with a virgin… It's a dream come true and the fact your young enough to be my daughter (floating hearts, smiley face emoji with heart eyes, floating hearts)". The conversation continues in reference to him being concerned about being arrested.

13. As the conversation continues if the Kik Application the following portion of the conversation takes place:

    MM: I been begging to see you

    BY: Only a pic not eh reL me

    BY: Its ok

    MM: I want both

    MM: I want to know what a virgin tastes like when you eat the pussy

    BY: I know daddy

    MM: I sure what to know it feels she you are having sex

    MM: Feel it squeezing my xock

    MM: And feeling it full of cum for the first time

    BY: I know daddy and pictures can't do that (three smiley face emojis with heart eyes)

    MM: No but it let's Daddy see what he has in store for hom

    MM: And shows you aren't working for anyone to set me up

14. The conversation continues at which time McGee states "You're a 14yr old female that hasn't told me anything not true". McGee states "you really want it" and "It's probably gonna hurt. As the conversation continues McGee tells her that his truck broke down, that he is being towed to Columbus and he won't be able to make it to see her but he will come back for her.

15. On January 9, 2020, conversation begins with McGee telling her that "I've done nothing but think about you all night. General conversation continues at which time McGee states "Daddy wants to be laying her in bed holding you So very bad". As the conversation continued McGee asks "If you did have a period. Would you let Daddy cum inside of you. Knowing there's a chance that you could get pregnant".

16. On January 10, 2020, the conversation begins with McGee stating " Good morning (sunshine smiley face) Daddy loves you". A portion of the conversation that took place on January 10, 2020 is listed below:

> MM: Kitten I want you to know I've been really trying to make sure I get back to you!!!
>
> MM: I've also been thinking about how to make this so it's not so shady !!!
>
> BY: What do you mean daddy
>
> BY: What's shady
>
> MM: Me just taking you away without anyone knowing
>
> BY: I just gonna a tell mom I'm going with a friend she wont care for at least a few days
>
> MM: Yeah but what if it's a few weeks before I can get back again
>
> BY: I'll make excuses
>
> MM: Okay
>
> BY: (three smiley faces with hearts)
>
> MM: It's real shady kitten is all I'm saying..

17. On January 12, 2020, general conversation took place which included conversation about the piercing in McGee's penis which was observed in images he sent. A portion of the conversation is listed below:

> MM: I bet you were looking at Daddy's pictures this weekend and playing with your pussy (three smirking face emojis)
>
> BY: Lol maybe lol (four smiley face emojis with heart eyes)
>
> MM: Don't lie to me kitten
>
> MM: That gets you a spanking
>
> BY: I didn't lie I just said maybe lol hehe
>
> MM: (two smirking face emojis)
>
> MM: Did you put your fingers inside (two smirking face emojis)
>
> MM: (sent video of a male masturbating)
>
> BY: Lol I already watched that one daddy

18. A January 14, 2020, a conversation took place and portion of that conversation is listed below:

> MM: Daddy wouldn't be hurting all the time wanting you with me
>
> BY: I know how far r away today?
>
> MM: Bolin green Kentucky
>
> BY: Is that far daddy?
>
> MM: 6 hours south of you
>
> MM: WII that's to get to the fair grounds
>
> BY: I can walk to the fair it's not far from my moms house
>
> MM: I know baby
>
> BY: But six hrs if far (four crying sad face emojis)
>
> MM: Maybe for you.. Dad is used to long drives
>
> BY: Lol yea I haven't been to many places lol
>
> MM: I still wish I didn't have to be shady about having you

        MM: But I want you....

A general conversation continued at which time McGee states:

        MM: I want to be a bad daddy and do really naughty things with you

        BY: Lol what kinda naughty things daddy (three smiley face emojis)

        MM: Naughty things that can get you pregnant one day

19. On the evening of January 14, 2020, Detective Bremenour (BY) and McGee began communicating via text message on cellular devices. McGee's cellular device number was identified as 501-467-6161. General conversation took place in which McGee said he was still in Arkansas waiting to get a load for his truck.

20. On January 16, 2020, general conversation took place in reference to McGee arriving in Indiana. Below is a portion of the conversation that took place the morning of January 16, 2020:

        MM: How happy would be be to actually see me

        BY: Very daddy

        MM: What about feeling him???

        BY: Yes daddy if that makes u happy

General conversation took place in which McGee advised that he was going to be enroute to North Carolina from Indiana. McGee indicates he can come see her but it is out of his way to do so. McGee states he is going to a secure location in North Carolina and may not be able to take her with him. An agreement is made to meet at the fairgrounds located in Wooster, Ohio. Conversation continues in which McGee encourages her to see how many fingers she can insert inside herself and asks her send a picture as she does it. McGee states they will spend enough time together to make her happy.

21. On January 16, 2020, at 9:25pm the following conversation takes place:

        BY: I'm gonna leave soon

        MM: Okay anytime now is good

        BY: Ok daddy r u there

> MM: Almost
>
> BY: Ok daddy what color truck should I look for
>
> MM: A brownish color
>
> BY: Ok its freezing out here how long will u be
>
> MM: Should be about same time
>
> BY: I see a huge truck parked is that u
>
> MM: (male shrugging shoulders emoji)
>
> MM: Don't know where you are so don't know if it is me

22. On January 16, 2020 at approximately 9:36pm McGee was taken into custody on local charges. McGee was taken to the Wooster Police Department, provided the Miranda Warnings, and agreed to be interviewed. Wooster, Ohio is in the Northern District of Ohio, Eastern Division.

23. During the course of the interview McGee stated his relationship with BY started as a fantasy however he developed an emotional attachment. McGee also stated that he had the desire to do something and told her that he had done before in order to reassure her that it would be okay.

24. McGee admitted to having the entire conversation and that he had asked for pictures to use for his own fantasies.

25. McGee stated that the stop to see BY was causing him to go a total of approximately 150 miles off his normal travel course.

26. McGee stated he knew what he was doing wasn't good and came because he said that he would.

27. McGee consented to a search of his vehicle and advised detectives there were two loaded firearms in the vehicle.

## CONCLUSION

28. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Morris McGee Sr. knowingly has engaged in activity constituting a violation of Title 18 U.S.C. Section 2423(b) in that he knowingly traveled in

interstate commerce and the purpose of traveling was to engage in a sexual act with an individual under the age of 16 and the sexual act intended would be a violation of federal law if it had occurred in the special maritime or territorial jurisdiction of the United States. I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Morris McGee Sr. of Malvern, Arkansas.

_____
Bryan J. Allen
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 21st day of January, 2020.

_____
Kathleen B. Burke
UNITED STATES MAGISTRATE JUDGE